

**In The
Court of Appeals
Sixth Appellate District of Texas at Texarkana**

_____

No. 06-10-00025-CV

_____

HUBERT MCCURLEY, INDIVIDUALLY,
D/B/A STAN'S BACKHOE SERVICE, INC., AND
RITA MCCURLEY, INDIVIDUALLY, Appellants

V.

CAPITOL INDEMNITY CORPORATION, Appellee

On Appeal from the 173rd Judicial District Court
Henderson County, Texas
Trial Court No. 2008A-490

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM   OPINION

Appellants, Hubert McCurley, Individually, d/b/a Stan's Backhoe Service, Inc., and Rita McCurley, Individually, have filed with this Court a motion to dismiss the pending appeal in this matter.[1]   Appellants represent to this Court that the parties have reached a full and final settlement.   In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Bailey C. Moseley
Justice


Date Submitted:      June 15, 2010
Date Decided:        June 16, 2010

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.   *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005).